IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 13-CV-4102 |
| vs. | : | |
| Thirty-two Thousand Eight Hundred Twenty Dollars and Fifty-six Cents, ($32,820.56) from Mrs. Lady's, Inc. Account #XXXXX23264, | : : | **VERIFIED CLAIM OF CAROLE HINDERS** |
| Defendant. | : | |

**COMES NOW** Claimant, Carole Hinders, (herein the "Claimant"), pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, within thirty-five (35) days after the October 25, 2013 mailing date of the Notice of Complaint for Forfeiture In Rem, and files the Claimant's Verified Claim prescribing the Claimant's interest in and to the property described in the Plaintiff's Notice of Complaint for Forfeiture In Rem, namely, Thirty-two Thousand Eight Hundred Twenty Dollars and Fifty-six Cents ($32,820.56) which was seized from Northwest Bank Account #XXXXX23264 (herein the "Account"), the Account being held in the name of Mrs. Lady's, Inc. and the Account being subject to the signature authority of the Claimant (herein the "Property").

In further support of the Claimant's Verified Claim to the Property the Claimant specifically sets forth the following:

1. The identity of the Property is Thirty-two Thousand Eight Hundred Twenty Dollars and Fifty-six Cents ($32,820.56) held in Mrs. Lady's, Inc. Account #XXXXX23264 at Northwest Bank which was seized pursuant to a Seizure Warrant issued by the United States District Court for the Northern District of Iowa on or about May 22, 2013.

2. The Claimant, Carole Hinders, is an individual residing in Dickinson County, Iowa, and is the President and sole shareholder and owner of Mrs. Lady's, Inc.

3. The interest of the Claimant, Carole Hinders, in the Thirty-two Thousand Eight Hundred Twenty Dollars and Fifty-six Cents ($32,820.56) amount seized from Mrs. Lady's Account #XXXXX23264 at Northwest Bank is an indirect (beneficial) ownership interest by virtue of the Claimant's status as the sole shareholder of all the stock of Mrs. Lady's, Inc.

4. A copy of the Seized Asset Claim Form Mrs. Lady's, Inc. and the Claimant filed with the Internal Revenue Service on or about August 9, 2013 regarding the Property is attached hereto as Exhibit "A" and incorporated herein by this reference.

5. This Verified Claim has been served on the government attorney designated under Rule G(4)(a)(ii)(C) or Rule G(4)(b)(ii)(D) by sending this Verified Claim to Assistant United States Attorney Martin J. McLaughlin at 111 - 7th Avenue SE, Cedar Rapids, Iowa 52401.

6. This Verified Claim has also been filed with the United States District Court for the Northern District of Iowa, Western Division, by mailing this Verified Claim to the Office of the Clerk of Court, United States District Court, 320 Sixth Street, Sioux City, Iowa 51101 and by filing this Verified Claim using the Court's CM/EFC System.

7. Claimant asserts the right to defend this action.

8. The Claimant attests and declares, under penalties of perjury, that the foregoing Verified Claim is true and correct.

Executed this __13__ day of November, 2013.

_____
Carole Hinders

## VERIFICATION

This undersigned attests and declares, under penalties of perjury, that the information provided in support of the foregoing Verified Claim is true and correct to the best of the Claimant's knowledge and belief.

Dated November __13__, 2013.

_____
Carole Hinders

## ACKNOWLEDGMENT

STATE OF IOWA, County of Clay, ss:

On November __13__, 2013 before me, a Notary Public in and for the State of Iowa, personally appeared **Carole Hinders**, individually, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same individually, and that by her signature on the instrument the person certified, under PENALTIES OF PERJURY, and under the laws of the State of Iowa, that the foregoing Verified Claim is true and correct.

3

**WITNESS** my hand and official seal.

_____
Notary Public in and for the State of Iowa



(Seal)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2013 the foregoing document was filed using the Court's CM/EFC System, which will automatically send an email notification to all attorneys of record.

The undersigned further stipulates that she has this day served a copy of this document via United States mail, postage prepaid to

> Martin J. McLaughlin
> Assistant United States Attorney
> 111 - 7th Avenue SE
> Cedar Rapids, Iowa 52401.

*Connie L. Woodall Claus*



# SEIZED ASSET CLAIM FORM

**RECEIVED AUG 09 2013**

CRIMINAL INVESTIGATION
GROUP 05
ST. LOUIS FIELD OFFICE

Name: Mrs. Lady's, Inc / Carole Hinders
Address: 24 Hwy. 71 South, P.O. Box 723, Arnolds Park, Ia 51331
Telephone Number: 712-332-7373 or 712-336-1620
Date of Seizure: May 22, 2013
Seizure Location (Address, City, State): Northwest Bank
101 West 5th Street, Spencer, Ia 51301
46 Highway 71 N, Arnolds Park, Ia 51331

## PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

Proceeds from Northwest Bank Account #xxxxx23264 in the amount of $32,820.56. This account was owned by Mrs. Lady's, Inc., an Iowa corporation. The Seizure Number is 43130052-01. A copy of the Account Statement for this Account is attached.

## PART II

State your interest in each item of property listed above. Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed.

Mrs. Lady's, Inc. is the owner of the $32,820.56 of proceeds from Northwest Bank Act. #xxxxx23264. Carole Hinders is the owner of Mrs Lady's, Inc. A copy of the most recent Biennial Report which Mrs. Lady's, Inc filed with the Iowa Secretary of State is attached. A copy of the Account Statement for Act. 23264 is attached.

EXHIBIT "A"

## PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Name (Print): Mrs. Lady's Inc.

Date: August 5, 2013

By Signature: *Carole Hinders*, Carole Hinders, President

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

## PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Carole HindersAugust 5, 2013
Name (Print)Date

*Carole Hinders*
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*



**NORTHWEST BANK**
101 West Fifth Street   PO Box 80
Spencer, Iowa 51301-0080

ACCOUNT:

PAGE: 1
23264 05-31-2013

MRS LADY'S PAYROLL
CAROLE HINDERS
PO BOX 723
ARNOLDS PARK IA 51331-0723

61

---

## SMALL BUSINESS CKG 23264

| | |
|---|---|
| LAST STATEMENT 05-15-13 | $31,503.32 |
| 3 CREDITS | $12,961.41 |
| 29 DEBITS | $44,464.73 |
| THIS STATEMENT 05-31-13 | $0.00 |

- - - - - DEPOSITS - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| DEPOSIT | 05-20-13 | $8,925.12 |
| DEPOSIT | 05-28-13 | $3,972.29 |

- - - - - OTHER CREDITS - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| REFUND NSF FEES | 05-28-13 | $64.00 |

- - - - - - - - - CHECKS - - - - - - - - - -

| DATE | CHECK# | AMOUNT | DATE | CHECK# | AMOUNT | DATE | CHECK# | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05-20 | 2139 | 55.00 | 05-21 | 6059 | 162.18 | 05-22 | 6074 | 64.84 |
| 05-20 | 2140 | 1,019.66 | 05-23 | 6060* | 170.53 | 05-21 | 6075 | 209.49 |
| 05-20 | 2141 | 97.20 | 05-20 | 6062 | 157.39 | 05-23 | 6076 | 210.90 |
| 05-23 | 2142* | 838.20 | 05-24 | 6063 | 168.27 | 05-21 | 6077 | 265.57 |
| 05-16 | 6045* | 97.09 | 05-21 | 6064 | 132.34 | 05-21 | 6078 | 116.18 |
| 05-16 | 6056 | 945.00 | 05-20 | 6065* | 180.11 | 05-20 | 6079 | 215.59 |
| 05-20 | 6057 | 133.75 | 05-21 | 6071* | 132.81 | 05-21 | 6080 | 458.58 |
| 05-20 | 6058 | 170.10 | 05-23 | 6073 | 19.74 | 05-21 | 6081 | 600.00 |

(*) Indicates a gap in check number sequence

PAGE: 2
ACCOUNT: 23264 05-31-2013

SMALL BUSINESS CKG 23264

----- OTHER DEBITS -----

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| IA REV PAY IA DEPT OF REV TXP*0000130006783*300*20130430*D*0000239 | 05-21-13 | $2,395.00 |
| WITHDRAWAL | 05-22-13 | $32,820.56 |
| IRS USATAXPYMT 270354494742862 | 05-24-13 | $1,680.08 |
| NSF FEE CHARGE | 05-24-13 | $64.00 |
| PAYMENT TO COMM'L/AG/SBA LOAN 1055070 | 05-28-13 | $884.57 |

--------- ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES ---------

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 64.00 | 64.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |
| NSF PAID ITEM FEES: | $64.00 | $64.00 |



MATT SCHULTZ
Secretary of State
State of Iowa

IOWA 2012
BIENNIAL REPORT
for an
IOWA CORPORATION
Required by Iowa Code
Chapter 490

MATT SCHULTZ
Secretary of State

**FILED**

| Date: | 6/21/2012 3:34 PM |
|---|---|
| Corp No.: | 29062 |
| Cert No.: | A12029062 |

**1.** Name of the corporation, its registered agent and office.

```
MRS. LADY'S, INC.
CAROLE HINDERS
24 HWY 71 S
PO BOX 723
ARNOLDS PARK IA 51331
```

**2.** The corporation has: [] No officers [] No directors

**3.** Officer(s):

Pres [X]  Sec []  Treas []  Dir [X]

Name
HINDERS, CAROLE

Address
48 OKOBOJI GROVE RD

Address
PO BOX 723

| City | State | Zip | Country |
|---|---|---|---|
| ARNOLDS PARK | IA | 51331 | USA |

**4.** Address of the principal office of the corporation:

Name

Address
PO BOX 723

Address

| City | State | Zip | Country |
|---|---|---|---|
| ARNOLDS PARK | IA | 51331 | USA |

**5.** Does the corporation hold an interest in agricultural land in Iowa? No

**6.** Is the corporation a "family farm corporation"? No

**7.** Signed: CAROLE HINDERS    Capacity: PRESIDENT