IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-4102 |
| | ) | |
| vs. | ) | |
| | ) | |
| THIRTY-TWO THOUSAND EIGHT | ) | |
| HUNDRED TWENTY DOLLARS AND | ) | |
| FIFTY-SIX CENTS ($32,820.56) | ) | |
| IN UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| And Concerning | ) | |
| | ) | |
| CAROLE HINDERS and | ) | |
| MRS. LADY'S INC. | ) | |
| | ) | |
| Claimants. | ) | |

**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE**

The United States of America, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves to dismiss this matter without prejudice. A brief in support of this motion is filed contemporaneously with this motion. Claimants **object** to the relief sought by the government.

Therefore, the government respectfully requests that this case be dismissed without prejudice.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: */s/ Matthew J. Cole*

MATTHEW J. COLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Matt.Cole@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2014 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Ashley Ness