IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-4102 |
| | ) | |
| vs. | ) | |
| | ) | |
| THIRTY-TWO THOUSAND EIGHT | ) | |
| HUNDRED TWENTY DOLLARS AND | ) | |
| FIFTY-SIX CENTS ($32,820.56) | ) | |
| IN UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| And Concerning | ) | |
| | ) | |
| CAROLE HINDERS and | ) | |
| MRS. LADY'S INC. | ) | |
| | ) | |
| Claimants. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING DECISION ON MOTION TO DISMISS**

Plaintiff, the United States of America, hereby moves, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7, to stay discovery in this case until the Court has rendered a decision on the government's pending motion to dismiss.

Pursuant to Local Rule 7.d., plaintiff has filed a brief herewith. Pursuant to Local Rule 7.l., plaintiff has contacted claimants' counsel, and claimants' counsel **does not object** to the relief sought in this motion.

1

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: */s/ Matthew J. Cole*

MATTHEW J. COLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Matt.Cole@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Ashley Ness