IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 13-CV-4102 |
| ) | |
| vs. ) | |
| ) | |
| THIRTY-TWO THOUSAND EIGHT ) | |
| HUNDRED TWENTY DOLLARS AND ) | |
| FIFTY-SIX CENTS ($32,820.56) ) | |
| IN UNITED STATES CURRENCY ) | |
| ) | |
| Defendant, ) | |
| ) | |
| And Concerning ) | |
| ) | |
| CAROLE HINDERS and ) | |
| MRS. LADY'S INC. ) | |
| ) | |
| Claimants. ) | |

**GOVERNMENT'S BRIEF IN SUPPORT OF MOTION TO STAY**

Plaintiff, the United States of America, submits this brief in support of its motion to stay.

**Procedural History**

On December 13, 2014, plaintiff filed its motion to dismiss in this matter. (DR 25). The claimants objected to the motion and have until December 30, 2014, to respond. (DR 25). Discovery is set to close on December 31, 2014. In the interest of preserving litigation resources, the government moves the Court to stay discovery in this matter until a decision has been rendered on the pending motion to dismiss.

1

## Argument

A stay of discovery in this case until the pending motion to dismiss has been resolved will promote judicial economy, preserve litigation resources, and serve the interests of the Court and counsel. "A stay of discovery pending the determination of a dispositive motion is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." *Chavous v. D.C. Fin. Responsibility and Mgmt. Assistance Auth.*, 201 F.R.D. 1, 1 (D.D.C. 2001) (internal quotation and citation omitted). The government's request to stay furthers complies with Rule 1 of the Federal Rules of Civil Procedure securing, "the just, speedy, and inexpensive determination of every action and proceeding."

The parties have pending discovery requests including interrogatories, requests for admissions, request for production, and deposition requests. Because the government is exercising its prosecutorial discretion and allocating its limited resources elsewhere, the government has moved to dismiss this case. Further discovery is therefore unnecessary. Should the case not be dismissed the government has no objection to continuing the discovery deadline as needed.

## Conclusion

Therefore, for the forgoing reasons, the Court should grant a stay of discovery, which is currently set to close on December 31, 2014, until this Court renders a decision on the government's pending motion to dismiss.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: */s/ Matthew J. Cole*

MATTHEW J. COLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Matt.Cole@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Ashley Ness