**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. C13-4102-LTS |
| vs. | | **ORDER** |
| THIRTY-TWO THOUSAND EIGHT HUNDRED TWENTY DOLLARS AND FIFTY-SIX CENTS ($32,820.56) IN UNITED STATES CURRENCY, | | |
| Defendant. | | |

_____

The Government's unopposed motion (Doc. No. 26) to stay discovery pending the court's decision on its motion to dismiss is **granted**. Discovery in this action is hereby **stayed** pending further order.

**IT IS SO ORDERED.**

**DATED** this 16th day of December, 2014.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE