IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13-CV-4102-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| THIRTY-TWO THOUSAND EIGHT | ) | MOTION REQUESTING COURT |
| HUNDRED TWENTY DOLLARS | ) | ORDER DIRECTING THE IRS |
| AND FIFTY-SIX CENTS ($32,820.56) | ) | TO RETURN FUNDS |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, respectfully requests that the Court issue an Order directing the U.S. Department of the Treasury, Internal Revenue Service, Criminal Investigation to return the $32,820.56 in United States currency seized from Mrs. Lady's, Inc., formerly operated by Carole Hinders, to Ms. Hinders via Northwest Bank.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: */s/ Matthew J. Cole*

_____
MATTHEW J. COLE
Assistant United States Attorney
111 – 7th Avenue SE
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 – fax
Matt.Cole@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

By: */s/ Brenda Nietert*