IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 13-CV-4102-LTS |
| vs. | ) ) ) | |
| THIRTY-TWO THOUSAND EIGHT HUNDRED TWENTY-DOLLARS AND FIFTY-SIX CENTS ($32,820.56) IN UNITED STATES CURRENCY, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER DIRECTING THE IRS TO RETURN FUNDS

Based upon the United States' Motion Requesting the Court for an Order Directing the IRS to Return Funds filed on February 3, 2015;

IT IS HEREBY ORDERED:

The United States Department of the Treasury, Internal Revenue Service, Criminal Investigation shall return the $32,820.56 in United States currency seized from Mrs. Lady's, Inc. formerly operated by Carole Hinders, to Ms. Hinders via Northwest Bank.

DATED this 4 day of February, 2015.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE